UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WHITNEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>    Defendants. | CASE NO. CV 08-05125-MMM(AJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: September 10, 2008

                                                            _Margaret M. Morrow_
                                                            MARGARET M. MORROW
                                               UNITED STATES DISTRICT JUDGE